*E-FILED: April 17, 2013*

1  JAMES DAL BON, CA BAR NO. 157942
2  LAW OFFICE OF JAMES DAL BON
   95 S. MARKET ST., 3RD FLOOR
3  SAN JOSE, CA 95113
   TELEPHONE (408) 977-7710
4  FACSIMILE (888) 868-8043
   JDB@WAGEDEFENDERS.COM
5
   ATTORNEY FOR PLAINTIFF
6
   ROBERT E. NUDDLEMAN. CA BAR No. 190269
7  PHILLIP J. GRIEGO & ASSOCIATES
   95 S. MARKET ST., STE 520
8  SAN JOSE, CA 95113
   TELEPHONE (408) 293-6341
9  FACSIMILE (408) 293-1959

10 ATTORNEY FOR DEFENDANTS

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                   SAN JOSE DIVISION
14

15 JAVIER ROQUE,                          CASE NO. CV-13-0837
16         Plaintiff,                     NOTICE OF SETTLEMENT, AND
                                          STIPULATION AND ORDER DISMISSING
17     v.                                 ENTIRE ACTION WITH PREJUDICE
18 JINTANA JIRASETPATANA dba THAI
19 BASIL CUISINE; THAI BASIL CUISINE,
20
21         Defendants.
22
                         NOTICE OF SETTLEMENT
23
       Plaintiff Javier Roque ("Plaintiff") and Defendants Jintana Jirasetpatana dba Thai Basil
24
   Cuisine and Thai Basil Cuisine, (collectively "Defendants"), by and through their respective
25
   attorneys of record, hereby notify the Court that on March 26, 2013 the parties have agreed to
26
   mutually dismiss the above captioned action, including all claims, counterclaims, and affirmative
27
   defenses with prejudice.
28
   Case No.  CV-13-0837              -1-
   NOTICE OF SETTLEMENT AND STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1  ///

2  **STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

3  WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

5  WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

6  WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

8  THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

9  1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

12  Dated: April 15, 2013

PHILLIP J. GRIEGO & ASSOCIATES

_____
ROBERT E. NUDDLEMAN
ATTORNEY FOR DEFENDANTS
JINTANA JIRASETPATANA and
THAI BASIL CUISINE

19  Dated: April 15, 2013

LAW OFFICE OF JAMES DAL BON

_____
JAMES DAL BON
ATTORNEY FOR PLAINTIFF
JAVIER ROQUE

Case No.  CV-13-0837                           -2-
NOTICE OF SETTLEMENT AND STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAVIER ROQUE,<br><br>   Plaintiff,<br><br>v.<br><br>JINTANA JIRASETPATANA dba THAI BASIL CUISINE; THAI BASIL CUISINE,<br><br>   Defendants. | CASE NO. CV-13-0837<br><br>ORDER |

## ORDER

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: April 16, 2013

_____
HONARABLE HOWARD R. LLOYD
United States Magistrate Judge